**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **SABAL TRAIL TRANSMISSION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**1.85 ACRES OF LAND, MORE OR LESS, IN COLQUITT COUNTY, GEORGIA,**<br><br>and<br><br>**W. LYNN LASSETER,**<br><br>Defendants. | **CIVIL ACTION FILE NO.<br>4:16-cv-00102-CDL** |

## ORDER TO AMEND JUDGMENT AND STAY EXECUTION

Plaintiff Sabal Trail Transmission, LLC ("Sabal Trail") has filed a Motion to Amend Judgment and Stay Execution (the "Motion") in this case. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court will enter an Amended Judgment that incorporates the Easement Terms and Plat in addition to setting forth the amount of just compensation awarded to W. Lynn Lasseter. The Amended Judgment shall supersede the judgment entered by the Court on June 27, 2018 (Doc. 111).

Pursuant to the terms of the Amended Judgment, Sabal Trail shall deposit $107,916.50, plus pre-judgment interest and post-judgment interest, if applicable, into the Registry of the Court, upon which Sabal Trail shall be indefeasibly vested with legal title to the permanent and temporary easements sought in this action, the location and description of which easements and associated rights are described and shown in the Revised Plat submitted in this action (Doc. 21-3 at 40-44) and the Easement Terms attached as Exhibit 2 to the Complaint (Doc. 1-3 at 2-3). The

Clerk of the Court shall retain the sum deposited into the Registry of the Court until further Order of this Court upon consideration of any applications for distribution filed by persons claiming or asserting an interest in the award. Furthermore, the Court stays execution of the Amended Judgment until 14 days from the disposition of the appeal filed in this case.

IT IS SO ORDERED, this 11th day of December 2018.

S/Clay D. Land
Clay D. Land
Chief United States District Judge
Middle District of Georgia