UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SABAL TRAIL TRANSMISSION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>1.85 ACRES OF LAND, MORE OR LESS, IN COLQUITT COUNTY, GEORGIA,<br><br>and<br><br>W. LYNN LASSETER,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>4:16-cv-00102-CDL |

## ORDER AMENDING FINAL JUDGMENT

Plaintiff Sabal Trail Transmission, LLC ("Sabal Trail") has filed a Motion to Amend Judgment Based on Appellate Court Ruling (the "Motion") in this case. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court will enter a Second Amended Final Judgment that incorporates the Easement Terms and Plat in addition to setting forth the amount of just compensation awarded to W. Lynn Lasseter. The Second Amended Final Judgment shall supersede the judgments entered by the Court on June 27, 2018 (Doc. 111) and December 11, 2018 (Doc. 135) with respect to the amount of just compensation.

Pursuant to the terms of the Second Amended Final Judgment, the Clerk of Court shall disburse from the Registry of the Court to Sabal Trail the sum of $98,230.48, which amount represents the difference between the amount previously deposited by Sabal Trail into the Registry of the Court ($126,460.37) and the new just compensation amount, plus interest ($28,229.89). The amount to be disbursed to Sabal Trail is based on the just compensation award of $24,096.50, per

the August 4, 2020 Order and September 3, 2020 Mandate of the U.S. Court of Appeals for the Eleventh Circuit, plus pre-judgment interest on that amount at a legal rate of seven percent per annum simple interest from July 1, 2016, the date of the taking, through December 11, 2018, the date the Court entered its prior Amended Final Judgment (Dkt. 135), and post-judgment interest at a rate of 2.34 percent per annum simple interest from December 11, 2018 through December 17, 2018, the date of Sabal Trail's deposit into the Registry of the Court. Because Sabal Trail's deposit into the Registry of the Court was held in an interest-bearing account, the Clerk of Court shall also disburse from the Registry to Sabal Trail 78 percent of the interest accrued on the deposit. That percentage is based on the fact that the just compensation award set forth in the Second Amended Final Judgment ($24,096.50) represents 22 percent of the just compensation award set forth in the Amended Final Judgment ($107,916.50). Sabal Trail shall remain indefeasibly vested with legal title to the permanent and temporary easements sought in this action, the location and description of which easements and associated rights are described and shown in the Revised Plat submitted in this action (Doc. 21-3 at 40-44) and the Easement Terms attached as Exhibit 2 to the Complaint (Doc. 1-3 at 2-3). Furthermore, the Clerk of the Court shall retain the balance of the funds deposited into the Registry of the Court, and interest thereon, less the amount refunded to Sabal Trail, as provided herein, until further Order of this Court upon consideration of any applications for distribution filed by persons claiming or asserting an interest in the just compensation amount.

      IT IS SO ORDERED, this 4th day of September, 2020.

S/Clay D. Land
Clay D. Land
United States District Judge
Middle District of Georgia

2

*Prepared and presented by:*

Matthew J. Calvert
Georgia Bar No. 105340
mcalvert@HuntonAK.com
Brooke F. Voelzke
Georgia Bar No. 728727
bvoelzke@HuntonAK.com
Andrew S. Koelz
Georgia Bar No. 208399
akoelz@HuntonAK.com
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone:  404-888-4000
Facsimile:   404-888-4190

W. Earl McCall
Georgia Bar No. 481250
emccall@mccallwilliams.com
MCCALL WILLIAMS, LLC
1101 Valley Road
Albany, Georgia 31707
Telephone: 229-888-2600
Facsimile: 229-888-3330

***Counsel for Plaintiff***
***Sabal Trail Transmission, LLC***