IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| SABAL TRAIL TRANSMISSION, LLC, | * | |
| Plaintiff, | * | |
| vs. | * | |
| 1.85 ACRES OF LAND, MORE OR LESS, IN COLQUITT COUNTY, GEORGIA, and W. LYNN LASSETER, | * | CASE NO. 4:16-CV-102 (CDL) |
| Defendants. | * | |

O R D E R

Plaintiff previously deposited $126,460.37 into the registry of this Court pursuant to an amended final judgment dated December 11, 2018. Am. Final J. (Dec. 11, 2018), ECF No. 135. In 2020, the Court entered an order amending the final judgment, noting that the just compensation amount for the property interest acquired by Plaintiff was $24,096.50. Order (Sept. 4, 2020), ECF No. 141. The Court ordered that $126,460.37 be disbursed to Plaintiff and that $28,229.89 would be retained in the Court's registry pending an application for disbursement from persons asserting an interest in the just compensation amount. *Id.* W. Lynn Lasseter has now moved for disbursement of the just compensation funds. There was no opposition to the motion (ECF No. 144), which is granted. The Clerk of the Court shall disburse to W. Lynn Lasseter the

$28,229.89 held in the Court's registry, plus any interest accrued on the deposit.  The Clerk of the Court shall disburse the funds to Mr. Lasseter through his counsel, Janet Litt.

IT IS SO ORDERED, this 2nd day of August, 2022.

<u>S/Clay D. Land</u>
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA